## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GEORGE W. HOWARD, III,<br>    Plaintiff | )<br>)<br>) |
| v. | )   Case No. _____<br>) |
| MARCI JOHNSON and<br>GEORGE AUSTIN HOWARD,<br>    Defendants | )<br>)<br>) |

### COMPLAINT

### INTRODUCTION

1. The Plaintiff, George W. Howard, III, brings this action to recover monies due him under a certain Agreement between the parties.

### PARTIES

2. The Plaintiff, George W. Howard, III, is an adult male individual and a citizen of the United States who resides at 13 Annabelle Way, Holderness, New Hampshire.

3. The Defendant, Marci Johnson, is an adult female individual and a citizen of the United States who resides at 23 Oak Street, Beverly, Massachusetts.

4. The Defendant, George Austin Howard, is an adult male individual and a citizen of the United States who resides at 20 Summer Street, Marblehead, Massachusetts.

5. The Plaintiff is George Austin Howard's father and Marci Johnson's father-in-law. The Defendants are in the process of divorce proceedings.

### JURISDICTION

6. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1332(a) in that the amount in controversy herein exceeds Seventy Five Thousand Dollars ($75,000.00), and the Plaintiff is a citizen of a state different than the state of citizenship of the Defendants.

### FACTS

7. In July, 2006, Plaintiff loaned the Defendants approximately Two Hundred Thousand

Dollars ($200,000.00) to allow Defendants to purchase a home on Martha's Vineyard in Massachusetts.

8. The parties entered into a written Agreement dated July 12, 2006 whereby Plaintiff would be repaid for the funds Defendants borrowed from Plaintiff.

9. The parties' Agreement provided that Plaintiff would loan Defendants approximately sixty percent (60%) of the purchase money funds, and upon a sale of the Martha's Vineyard home, Plaintiff would receive sixty percent (60%) of the gross proceeds from such sale.

10. The home that is the subject of the parties' Agreement was sold in 2013 for the sum of Five Hundred and Forty Thousand Dollars ($540,000.00) with the proceeds paid to the Defendants.

11. Pursuant to the parties' Agreement, Plaintiff was entitled to sixty percent (60%) of the gross proceeds from that sale which calculates to a principal balance due in the amount of Three Hundred Twenty Four Thousand Dollars ($324,000.00).

12. The Defendants have made payments to Plaintiff towards the balance due under the parties' Agreement in the amount of One Hundred Sixty Thousand Dollars ($160,000.00) on December 23, 2013, and in the amount of Two Thousand Five Hundred Dollars ($2,500.00) on May 9, 2018.

13. There remains a principal balance due and owed to the Plaintiff by Defendants pursuant to the parties' Agreement in the amount of One Hundred Sixty One Thousand Five Hundred Dollars ($161,500.00).

14. The parties' Agreement provides that it is governed by the laws of the State of New Hampshire. Pursuant to N.H. RSA 336:1, Plaintiff is entitled to ten percent (10%) interest per annum upon the unpaid principal balance. The unpaid interest balance presently due and owed Plaintiff by Defendants is approximately Ninety Thousand Dollars ($90,000.00).

15. The Defendants presently are indebted to the Plaintiff under the parties' Agreement for principal and interest in the total amount of approximately Two Hundred Fifty One Thousand Five Hundred Dollars ($251,500.00).

16. The foregoing indebtedness is clearly a defined right of the Plaintiff, and Plaintiff therefore makes claim for his reasonable attorney's fees incurred in connection with this action.

## PRAYER FOR RELIEF

WHEREFORE, George W. Howard, III respectfully requests this Honorable Court:

A. Enter judgment for the Plaintiff against the Defendants in the sum of approximately Two Hundred Fifty One Thousand Five Hundred Dollars ($251,500.00) plus attorney's fees, interest and costs.

B. Grant such other and further relief as is fair and just.

Respectfully submitted,

GEORGE W. HOWARD, III,
By His Attorneys,
Normandin, Cheney & O'Neil, PLLC

Dated: June 24, 2019

/s/ James F. Lafrance

James F. Lafrance, NH Bar # 1412
Normandin, Cheney & O'Neil, PLLC
P.O. Box 575
Laconia, NH 03246
Tel: (603) 524-4380
Jlafrance@nco-law.com